IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of  
EQUIPMENT LEASSORS OF PA, INC. : CIVIL ACTION
: NO. 02-2985
      Debtor :

## ORDER

And now on this _____ day of December, 2002, upon consideration of Pelican Financial, Corp.'s Appeal and Brief (Doc. #4); and the debtor's opposition (Doc. #6); it is hereby ORDERED that the bankruptcy court's order dated April 16, 2002 is AFFIRMED.

_____  
William H. Yohn, Jr., J.